1  **Michael J. Knapp**
   Myers & Knapp
2  One SW Columbia, Suite 920
   Portland, Oregon 97258
3  Telephone: (503) 227-4558
   Facsimile : (503) 796-0709
4  E-Mail    : mknapp@spiretech.com
   **OSB # 83394**
5     Attorney for Plaintiff

FILED '05 SEP 22 12:06 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BARBARA L. NORMAN,<br><br>                Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, FIDELITY NATIONAL FINANCIAL, INC., and the FIDELITY NATIONAL FINANCIAL INC. WELFARE PLAN,<br><br>                Defendants. | Case No. CV '05 1466 MO<br><br>**COMPLAINT – ERISA VIOLATIONS (29 U.S.C. § 1001, et sec.)** |

Plaintiff alleges:

### I. JURISDICTION AND VENUE

1.    This is an action to recover accidental death insurance benefits under the Employment Retirement Income Security Act of 1974 (ERISA). Jurisdiction is conferred on this court by 29 U.S.C. § 1132 which gives the Federal District Courts jurisdiction to hear civil actions brought to recover benefits under the terms of an employee welfare benefit plan.

Page 1 -    COMPLAINT – ERISA VIOLATIONS (29 U.S.C. § 1001, et sec.)

**Myers & Knapp**
Attorneys at Law
One SW Columbia Street, Suite 920
Portland, Oregon 97258
(503) 227-4558 ● FAX (503) 796-0709 ● mknapp@spiretech.com

2. Venue is proper in this district court pursuant to 29 U.S.C. § 1132 and 28 U.S.C. § 1391.

## II. THE PARTIES

3. At all material times, plaintiff was an Oregon resident.

4. At all material times, plaintiff was an employee of Fidelity National Mgmt. Svcs.

5. At all material times, Fidelity National Mgmt. Svcs. was a subsidiary of Fidelity National Financial Inc. (hereinafter "Fidelity National").

6. At all material times, employees of Fidelity National and its subsidiaries, including plaintiff, were participants in an ERISA welfare benefit plan titled Fidelity National Financial Inc. Welfare Plan (hereinafter "the Fidelity National Plan").

7. On information and belief, Fidelity National was the plan sponsor and plan administrator of the Fidelity National Plan.

8. On information and belief, the Fidelity National Plan included accidental death and dismemberment insurance coverage for plan participants.

9. On information and belief, the accidental death and dismemberment insurance coverage was provided to plan participants through an insurance policy that was issued to Fidelity National by Hartford Life and Accident Insurance Company (hereinafter "Hartford"). The Hartford accidental death and dismemberment insurance policy is number 20-ADD-S05021 (hereinafter "the Hartford policy").

10. On information and belief, Hartford was the claims administrator of the Hartford policy, and the accidental death and dismemberment insurance coverage provided by the Fidelity National Plan.

\ \ \ \

\ \ \ \

\ \ \ \

Page 2 -    COMPLAINT – ERISA VIOLATIONS (29 U.S.C. § 1001, et sec.)

### III. FIRST CLAIM – RECOVERY OF BENEFITS UNDER
### 29 U.S.C. § 1132(a)(1)(B)

11. At all material times, plaintiff was a Covered Person under the terms of the Hartford policy.

12. The Hartford policy provides for payment of accidental death benefits to a Covered Person if the Covered Person's Eligible Dependent dies as a result of bodily injury caused by an accident.

13. Plaintiff's now deceased husband, Andrew Norman, was plaintiff's Eligible Dependent under the terms of the Hartford policy at the time of his death on June 25, 2002.

14. Andrew Norman died as a result of bodily injury caused by an accident.

15. Plaintiff submitted a claim to Hartford for accidental death benefits following Andrew Norman's death.

16. Plaintiff's claim was based on the amount of death benefits she is entitled to receive pursuant to the Hartford policy's "Mandatory Plan" and "Voluntary Plan" death benefit schedules.

17. Defendants have wrongfully failed and refused, and continue to fail and refuse, to provide plaintiff the accidental death benefits she is entitled to receive pursuant to the terms of the Hartford policy.

18. Plaintiff is therefore entitled to receive a recovery from defendants based on the full amount of accidental death benefits she is entitled to receive under the terms of the Hartford policy, plus pre-judgment interest.

19. The exact amount of these benefits has not yet been determined. On information and belief this amount is approximately $130,000.

\ \ \ \

\ \ \ \

\ \ \ \

Page 3 -   COMPLAINT – ERISA VIOLATIONS (29 U.S.C. § 1001, et sec.)

# IV. SECOND CLAIM – DECLARATORY RELIEF UNDER ERISA, 29 U.S.C. § 1132(a)(1)(B) and (A)(3)(B)

20. Plaintiff realleges the allegations contained in paragraphs 1 through 19, above.

21. Plaintiff is entitled to a judicial declaration that (1) defendants have wrongfully failed to provide coverage for the accidental death benefits plaintiff is entitled to receive based on the death of Andrew Norman, and (2) defendants must pay plaintiff accidental death benefits in the full amount provided by the terms of the Hartford policy.

# V. THIRD CLAIM FOR RELIEF – ATTORNEY FEES AND COSTS UNDER ERISA – 29 U.S.C. § 1132(g)

22. Plaintiff realleges the allegations contained in paragraphs 1 through 21, above.

23. Plaintiff has been required to hire an attorney to file a lawsuit against defendants in order to enforce her claim for accidental death benefits. Plaintiff is thereby entitled to an award of attorney fees and costs as provided under ERISA.

# VI. DEMAND FOR JUDGMENT

WHEREFORE, plaintiff prays for:

1. A judgment in an amount equivalent to the accidental death benefits plaintiff is entitled to receive from defendants based on the death of Andrew Norman, an amount which is approximately $130,000, plus pre-judgment interest.

2. A judicial declaration that:
   a. Defendants have wrongfully refused to honor plaintiff's claim for accidental death benefits based on the death of Andrew Norman, and
   b. Defendants must pay plaintiff an accidental death benefit in accord with the terms of the Hartford policy.

\ \ \ \

Page 4 - COMPLAINT – ERISA VIOLATIONS (29 U.S.C. § 1001, et sec.)

Myers & Knapp
Attorneys at Law
One SW Columbia Street, Suite 920
Portland, Oregon 97258
(503) 227-4558 ● Fax (503) 796-0709 ● mknapp@spiretech.com

3. Plaintiff's attorney fees and costs and disbursements incurred herein.

4. Any other relief decreed to be just and equitable by the court.

DATED this 22nd day of September, 2005.

_____
Michael J. Knapp    OSB #83394
Attorney for Plaintiff

Page 5 -    COMPLAINT – ERISA VIOLATIONS (29 U.S.C. § 1001, et sec.)